UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.
As Broadcase Licensee of the October 2, 2004
Trinidad/Mayorga Program,

            Plaintiff,

**ORDER**

CV-05-3091 (SJF)(JMA)

-vs-

NORMA R. MANCIA, Individually and as officer, director,
shareholder and/or principal of EXTASIS CORP. d/b/a
EXTASIS BAR a/k/a EXTASY'S COCKTAIL LOUNGE
a/k/a EXSTACY'S COCKTAIL LOUNGE, and ESTASIS
CORP. d/b/a ESTASIS BAR a/k/a EXTASY'S COCKTAIL
LOUNGE a/k/a EXSTACY'S COCKTAIL LOUNGE.,

           Defendants.
----------------------------------------------------------------------X
FEUERSTEIN, J.

    The Report and Recommendation of Magistrate Judge Joan M. Azrack, dated June 8, 2006, recommending that the Court award plaintiff $1,000.00 in statutory damages, $10,000.00 for the willful violation of the statute and $1,650.00 in attorney's fees and costs for a total of $12,650.00 is adopted in it's entirety. The Clerk of Court is directed to mark this case closed.

    SO ORDERED.

/s/

SANDRA J. FEUERSTEIN
United States District Judge

Dated: Brooklyn, N.Y.
       August 24, 2006